Schloff, Respondent, vs. Braff and another, Appellants.

For the appellant Joseph L. Braff: *Nash & Nash* of Manitowoc.

For the appellant James Crowe: *Healy & Joyce* of Manitowoc.

For the respondent: *Quarles, Spence & Quarles,* attorneys, and *Kenneth Grubb* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

Rehder, Appellant, vs. Lape and another, Respondents.

For the appellant: *Irving I. Segall* of Cudahy, attorney, and *Wilbershide & Baumblatt* of Racine of counsel.

For the respondents: *Vilas H. Whaley* of Racine.

*By the Court.*—Judgment affirmed.

*June 20, 1939.*

Will of Voellings: Bensene and others, Appellants, vs. Horter, Executor, and others, Respondents.

For the appellants: *Hayes & Hayes,* attorneys, and *William A. Hayes* of counsel, all of Milwaukee.

For the respondent George Horter, Executor: *Walter Schinz, Jr.,* of Milwaukee.

For the respondents Sacred Heart Monastery and William Schaefer: *C. F. Mullen* of Milwaukee.

*By the Court.*—Judgment affirmed.